**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**KRIS REYNOLDS**
**ADC #168915** **PLAINTIFF**

**v.** **No. 4:26-cv-633-DPM**

**GREEN BAY PACKAGING; GARY MUSSELLWHITE, Warden, ADC; EDIE R. ERVIN, Judge; LISA BAILEY, Treatment Coordinator, ADC; SHANITA GUNN, Sgt., ADC; Q. BIELER, Sgt., ADC; SARAH HUCKABEE, Governor, State of Arkansas; DEXTER PAYNE, Warden, ADC; and DOES, Manager, Green Bay Packing; "J.M.," Judge; Treatment Coordinator, ADC** **DEFENDANT**

**ORDER**

Unopposed recommendation, *Doc. 8*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Reynolds's complaint, *Doc. 2*, will be dismissed without prejudice for failure to state a claim. The Court recommends that this dismissal count as a strike under 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

1 September 2026